IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| DIANE BARTON, | * | |
| | * | |
| Plaintiff, | * | |
| vs. | * | No. 4:18-cv-00447-SWW |
| | * | |
| | * | |
| MR. COOPER (FORMERLY | * | |
| KNOWN AS NATIONSTAR | * | |
| MORTGAGE), WILSON & | * | |
| ASSOCIATES, PLLC, | * | |
| | * | |
| Defendants. | * | |

## JUDGMENT

Consistent with the Order that was entered on this day, it is Considered, Ordered, and Adjudged that this action is hereby dismissed with prejudice.

IT IS SO ORDERED this 1st day of August, 2018.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE